UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON



UNITED STATES OF AMERICA

V.　　　　　　　　　　　　　　　　　INDICTMENT NO. 6:24-CR-35-REW

BRIAN S. FUGATE

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

## COUNT 1
### 21 U.S.C. § 841(a)(1)

On or about October 26, 2022, in Perry County, in the Eastern District of Kentucky,

**BRIAN S. FUGATE**

did knowingly and intentionally possess with the intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

Before **BRIAN S. FUGATE** committed the offense charged in this count, he was previously convicted under state law of the following serious drug felony: 2018 Trafficking in a Controlled Substance Second Degree as enhanced by Persistent Felony Offender—for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years from the commencement of the instant offense.

## COUNT 2
### 18 U.S.C. § 924(c)(1)(A)

On or about October 26, 2022, in Perry County, in the Eastern District of Kentucky,

**BRIAN S. FUGATE**

did knowingly possess a firearm in furtherance of a drug trafficking offense for which he may be prosecuted in a Court of the United States, as set forth in Count 1, that is, possession with the intent to distribute fentanyl, all in violation of 18 U.S.C. § 924(c)(1)(A).

## COUNT 3
### 18 U.S.C. § 922(g)(1)

On or about October 26, 2022, in Perry County, in the Eastern District of Kentucky,

**BRIAN S. FUGATE**,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit, a Taurus .40 caliber semiautomatic handgun with serial number SKR04777, which had been shipped or transported in interstate commerce, all in violation of 18 U.S.C. § 922(g)(1).

### FORFEITURE ALLEGATIONS
### 21 U.S.C. § 853
### 18 U.S.C. § 924(d)(1)
### 28 U.S.C. § 2461

1. By virtue of the commission of the felony offense alleged in Count 1 of the Indictment, **BRIAN S. FUGATE** shall forfeit to the United States any and all property used, or intending to be used, to commit and/or to facilitate the commission of the violation of 21 U.S.C. § 841 and any and all property constituting proceeds obtained directly or indirectly as a result of the commission of the violation of 21 U.S.C. § 841. Any and all

interest that **BRIAN S. FUGATE** has in this property is vested in and forfeited to the United States pursuant to 21 U.S.C. § 853.

2. By virtue of the commission of the offenses alleged in Counts 2 and 3 of the Indictment, **BRIAN S. FUGATE** shall forfeit to the United States any and all firearms, and ammunition involved in or used, or intending to be used, in the violations of 18 U.S.C. §§ 924(c) and 922(g). Any and all interest that **BRIAN S. FUGATE** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

3. The property to be forfeited includes, but is not limited to, the following seized from **BRIAN S. FUGATE** on or about October 26, 2022:

**FIREARMS AND AMMUNITION:**
a. Taurus, .40 caliber semi-automatic handgun S/N: SKR04777; and
b. All associated ammunition and accessories.

**CURRENCY**
$3,951.00 in U.S. currency.

4. If any of the property listed above, as a result of any act or omission of the Defendant(s), (A) cannot be located upon the exercise of due diligence; (B) has been transferred or sold to, or deposited with, a third party; (C) has been placed beyond the jurisdiction of the court; (D) has been substantially diminished in value; or (E) has been commingled with other property which cannot be divided without difficulty, the United States shall be entitled to forfeit substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL

█████████████████

_____
CARLTON S. SHIER IV
UNITED STATES ATTORNEY

# PENALTIES

## COUNT 1:

Not less than 5 years nor more than 40 years imprisonment, a fine of not more than $5,000,000, and at least 4 years of supervised release.

> **IF PRIOR CONVICTION FOR A SERIOUS DRUG OR VIOLENT FELONY:** Not less than 10 years nor more than life imprisonment, not more than a $20,000,000 fine, and at least 5 years supervised release.

## COUNT 2:

Not less than 5 years nor more than life imprisonment – to be served consecutive to any term of imprisonment imposed for any other offense – not more than a $250,000 fine, and not more than 5 years of supervised release.

## COUNT 3:

Not more than 15 years imprisonment, not more than a $250,000 fine, and not more than 3 years of supervised release.

**If Armed Career Criminal:** Not less than 15 years imprisonment nor more than life, not more than a $250,000 fine, and not more than 5 years of supervised release.

| | |
|---|---|
| **PLUS:** | Forfeiture of all listed property. |
| **PLUS:** | Mandatory special assessment of $100 per count. |
| **PLUS:** | Restitution, if applicable. |